# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Amber Morgan, | Case No.: 2:18-cv-00484-JAD-PAL |
| Plaintiff | **Remand Order** |
| v. | [ECF Nos. 2, 8] |
| Wal-Mart Stores, Inc., | |
| Defendant | |

For the reasons stated on the record during today's hearing,

IT IS HEREBY ORDERED that the Plaintiff's Motion to Remand **[ECF No. 2] is GRANTED**. This case is **REMANDED back** to the Eighth Judicial District Court, Clark County, Nevada, Case No. A-17-757128-C, Department 32. The pending motion to consolidate **[ECF No. 8] is DENIED** as moot. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: April 24, 2018

_____
U.S. District Judge Jennifer A. Dorsey